UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADYA CAPITAL GROUP LLC,<br>　　　　Plaintiff,<br>　　v.<br>TEXAS A&M UNIVERSITY, and others,<br>　　　　Defendants. | Case No. 20-cv-07837-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Plaintiff Acadya Capital Group LLC filed a complaint against Defendants Texas A&M University and Pao-Tai Lin on November 5, 2020. ECF 1. In its complaint, Acadya alleges that the Court has subject matter jurisdiction based on diversity jurisdiction under 28 U.S.C. § 1332. ECF 1 ¶ 8. However, in reaching this conclusion Acadya incorrectly applied the corporation citizenship test to itself, a limited liability company. *Id.* at ¶ 1. LLCs are treated like partnerships for the purposes of diversity jurisdiction. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). As such, Plaintiff should have listed the citizenship of all of Acadya's members and then evaluated diversity. *See* 15A Moore's Federal Practice - Civil § 102.57 (2020).

Accordingly, the Court ORDERS Acadya to show cause in writing why this case should not be dismissed by March 17, 2021. Defendant's reply is due March 19, 2021.

//

**IT IS SO ORDERED.**

Dated:  March 10, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge